UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEPORT PARTNERS, LLC
**Plaintiff**

04 CV  Case No. 9441

-v-

JACK FRIEDMAN, STEPHEN BERMAN,
JOEL BENNETT and JAKKS Pacific, Inc.,
**Defendants**

**Rule 7.1 Statement**

RECEIVED DEC 02 2004 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Freeport Partners, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 11/29/04

Signature of Attorney

Attorney Bar Code: LP-7324

Form Rule7_1.pdf