```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Freeport Partners, LLC,**

          **Plaintiffs.**

-V-

**Jack Friedman, et al,**

          **Defendants.**

Case No.
04-cv-9441 (KMK)

ORDER
ECF

**KENNETH M. KARAS, District Judge:**

    Counsel for the parties are scheduled to appear before the Court for a status conference at noon on January 25, 2005.

    The Court is aware that certain plaintiffs seek to move to serve as lead plaintiffs in this and other related cases. Accordingly, it is hereby

    ORDERED that the time to file lead plaintiff motions is stayed until the January 25, 2005 conference. It is further

    ORDERED that counsel seeking to file such motions must submit a pre-motion letter consistent with the Court's Individual Practices no later than **Wednesday, January 12, 2005**. It is further

    ORDERED that any party opposing the motion shall submit a response letter no later than **Monday, January 17, 2005**.

    The Court will address any letters filed at the status conference on January 25, 2005, which it will treat as a pre-motion conference, and will set a briefing schedule, if appropriate, at that time.

SO ORDERED.

Dated:    January 6, 2005
           New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE

**Counsel for the Plaintiff shall confirm that all parties are aware of this conference.**