```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Freeport Partners, LLC,**

                **Plaintiffs.**

-v-

**Jack Friedman, et al,**

                **Defendants.**

Case No.
04-cv-9441 (KMK)

<u>ORDER</u>
ECF

<u>KENNETH M. KARAS, District Judge:</u>

        The above-entitled action having been assigned to the undersigned for all purposes, it is hereby

        ORDERED, that counsel appear for a status conference on January 25, 2005 at noon in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

        The defendants time to answer the complaint is hereby stayed until the Court enters a scheduling order at the time of this conference.

        Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.

Dated: January 6, 2005
      New York, New York

                                  KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE

**Counsel for the Plaintiff shall confirm that all parties are aware of this conference.**