UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/05
```

FREEPORT PARTNERS LLC,

                Plaintiff,

-v-

JACK FRIEDMAN, *et al.*,

                Defendants.

Case No. 04-CV-9441 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

        The time for Defendants to answer or move to dismiss the complaint in this matter is hereby stayed until the scheduled hearing in the related consolidated class-action matter titled *In re Jakks Pacific, Inc. Shareholders Class Action Litigation*, 04-CV-8807, at 10:00 am on March 11, 2005. All counsel in the instant case shall appear at that hearing and be prepared to set a schedule to file the answer or motions to dismiss.

SO ORDERED.

Dated:     January 25, 2005
              New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE