USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPORT PARTNERS LLC,

                Plaintiff,

-v-

JACK FRIEDMAN, *et al.*,

                Defendants.

Case No. 04-CV-9441 (KMK)
(ECF Case)

ORDER

---

KENNETH M. KARAS, District Judge:

The Court has rescheduled oral argument on lead plaintiff motions in *In re Jakks Pacific, Inc. Shareholders Class Action Litigation*, 04-CV-8807 to *March 28*, at *2:15 pm*. The time for Defendants to answer or move to dismiss the complaint in this matter is hereby stayed until that time. All counsel in the instant case shall appear at that hearing and be prepared to set a schedule to file the answer or motions to dismiss.

SO ORDERED.

Dated:      March 8, 2005
               New York, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE